JacksonLewis

Jackson Lewis P.C.
666 Third Avenue
New York, NY 10017
(212) 545-4000 Main
(212) 972-3213 Fax
jacksonlewis.com

MY DIRECT DIAL IS: (212) 545-4078
MY EMAIL ADDRESS IS: DREW.FRYHOFF@JACKSONLEWIS.COM

November 17, 2026

**VIA ECF AND EMAIL TO CHAMBERS (WITH COPY TO COUNSEL)**

The Honorable Cathy Seibel, U.S.D.J.
United States District Court
Southern District of New York
300 Quarropas Street, Courtroom 621
White Plains, NY 10601-4150

**Re: Berts v. Westchester Medical Center Advanced Physician Services, P.C. et al.**
**Case No.: 7:24-cv-04540-CS**

Dear Judge Seibel:

We represent Defendants Westchester Medical Center Advanced Physician Services, P.C., Westchester County Health Care Corporation, NorthEast Provider Solutions, Inc., Jennifer Slade, and Kelly Soldano (collectively, "Defendants") in connection with the above-referenced matter initiated by Plaintiff Aby Berts ("Plaintiff") (collectively, "Parties").

Pursuant to Your Honor's Individual Rules of Practice, we write to respectfully request that the Bench Ruling currently scheduled for December 9, 2026 at 2:15 p.m. (ECF Doc No. 79) be adjourned to December 17, 2026 at 2:15 p.m., or another time that is convenient for the Court.[1] This request is being made since lead counsel for Defendants already committed to attend a pre-existing court conference in Brooklyn on December 9, 2026 for a separate matter, which is expected to run beyond 2:15 p.m. The Parties have conferred and counsel is available to attend a Bench Ruling on December 17, 2026 at 2:15 p.m.

This is Defendants' first request for an adjournment of the Bench Ruling. Plaintiff consents to this request.

Request approved.
Bench ruling adjourned
to December 17, 2026 at
2:15 p.m.

***

We appreciate the Court's consideration of this request.

SO ORDERED.

11/18/26

Cathy Seibel
CATHY SEIBEL, U.S.D.J.

[1] On November 17, 2026, the Courtroom Deputy Clerk to the Honorable Cathy Seibel, U.S.D.J. advised via email that December 17, 2026 at 2:15 p.m. is a convenient date/time for the Court, should Defendants' adjournment request be granted. Counsel for the Parties are also available on December 14, December 21, and December 22.

Respectfully submitted,

JACKSON LEWIS P.C.

*/s/ Drew M. Fryhoff*
Daniel D. Schudroff
Drew M. Fryhoff

cc: All counsel of record (via ECF)